**THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE FRISINA, JR., Appellant**

By failing to move to withdraw his pleas of guilty the defendant failed to preserve any error of law involving the adequacy of the plea allocutions for appellate review *(see, People v Pellegrino, 60 NY2d 636; People v Alvarez, 106 AD2d 394).* The interests of justice do not warrant reversal, since the plea minutes affirmatively establish that the defendant, in the presence of assigned counsel, knowingly and voluntarily pleaded guilty *(see, People v Harris, 61 NY2d 9).* Here, the defendant entered his guilty pleas with full knowledge of the sentences to be imposed and the consequences of a felony record. In view of the serious nature of the defendant's numerous admitted criminal acts and the recommendations by both the prosecutor and the Probation Department against adjudicating the defendant a youthful offender, we cannot say that the County Court improvidently exercised its discretion in denying youthful offender treatment *(see, People v Pickens, 105 AD2d 559).*

We have reviewed the defendant's other contentions and find them to be without merit. Bracken, J. P., Brown, Weinstein and Rubin, JJ., concur.